

FILED
CLERK, U.S. DISTRICT COURT

DEC - 6 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )      Case No.: CR04-933-DSF
                               )
            Plaintiff,         )
                               )
      vs.                      )      ORDER OF DETENTION AFTER HEARING
                               )      [Fed.R.Crim.P. 32.1(a)(6);
Welton Zollicoffer             )       18 U.S.C. 3143(a)]
                               )
                               )
            Defendant.         )
_____)

      The defendant having been ~~arrested in~~ *removed to* this District pursuant to
a warrant issued by the United States District Court for the
Central Dist. of Cal.  for alleged violation(s) of the terms and
conditions of his/~~her~~ [~~probation~~] [supervised release]; and

      The Court having conducted a detention hearing pursuant to
Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

      The Court finds that:

A.    (✓   The defendant has not met his/~~her~~ burden of establishing by
      clear and convincing evidence that he/~~she~~ is not likely to flee
      if released under 18 U.S.C. § 3142(b) or (c).  This finding is
      based on instant allegations of violations.  Defendant

1    *does not appear to be amenable to supervision.*

2

3

4    **and/or**

5 B.    ( )   The defendant has not met his/her burden of establishing by

6      clear and convincing evidence that he/she is not likely to pose

7      a danger to the safety of any other person or the community if

8      released under 18 U.S.C. § 3142(b) or (c). This finding is based

9      on:

10

11

12

13

14      IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated:   *12/6/07*

18

19

20                    UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

2